# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

BILL OF COSTS

Date: October 28, 2002

Taxed in favor of: Appellee - Promatek Industries

Appeal No. 00-4276

PROMATEK INDUSTRIES, LIMITED, a foreign corporation,
        Plaintiff - Appellee

v.

EQUITRAC CORPORATION, a Florida corporation,
        Defendant - Appellant

FILED
OCT 28 2002

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

Appellate Court No.: 00-4276    Docketed on: 12/22/00
Short Caption: Promatek Industries v. Equitrac Corp
District Court Judge: Milton I. Shadur
District Court No.: 00 C 4999

The mandate or agency closing letter in this cause issued on 10/28/02.

|   | | Cost Of Each Item | |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding | | |
| 2. | For reproduction of any record or paper, per page | | |
| 3. | Reproduction of briefs: | $ 100.00 | |
|   | Total | $ 100.00 | |

(1171-113194)

CERTIFIED COPY
A True Copy
Teste
Clerk of the United States Court of Appeals for the Seventh Circuit